THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: 2:20-cv-01719-RSL<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER AND DEFEND** |

**STIPULATION**

Defendant Kinsale Insurance Company ("Kinsale") and Plaintiffs Barcelo Homes, Inc. ("BHI") and Barcelo Madison Park, LLC ("BMP"), by and through their respective counsel of record, hereby stipulate and agree that Defendant has until December 4, 2020 to file its answer to Plaintiffs' Complaint (Dkt #1-2) in the above referenced matter.

//

//

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 1
(2:20-cv-01719-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1  DATED this 1st day of December, 2020.

2

3  HARPER HAYES PLLC                    NICOLL BLACK & FEIG PLLC
   *** per e-mail authority 12/1/20*
4

5  */s/ Todd C. Hayes*                  */s/ Curt H. Feig*
                                        */s/ Matthew C. Erickson*
6  Todd C. Hayes, WSBA No. 26361        Curt H. Feig, WSBA #19890
   Harper Hayes PLLC                    Matthew C. Erickson, WSBA #43790
7  600 University Street, Suite 2420    1325 Fourth Ave. Suite 1650
   Seattle, WA 98101                    Seattle, WA 98101
8  (206) 340-8010                       206-838-7555
   todd@harperhayes.com                 merickson@nicollblack.com
9                                       cfeig@nicollblack.com
   *Attorneys for Plaintiffs*
10                                      *Attorneys for Defendant Kinsale*
                                        *Insurance Company*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 2
(2:20-cv-01719-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**ORDER**

IT IS SO ORDERED.

DATED this 2nd day of December, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 3
(2:20-cv-01719-RSL)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515