**HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:20-cv-01719-RSL<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL** |

### I.   STIPULATED MOTION

In accordance with LCR 83.2, Defendant Kinsale Insurance Company moves for an order permitting the withdrawal of attorneys Curt H. Feig and Matthew C. Erickson and Nicoll Black & Feig PLLC and the substitution of attorneys Thomas Lether and Eric Neal and Lether Law Group. Plaintiffs stipulate to this Motion.

There is good cause for this Court to grant permission for the withdrawal and substitution of counsel, as the withdrawal and substitution will not delay these proceedings.

---

STIPULATED MOTION AND  ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Dated this 16th day of March, 2021 at Seattle, Washington.

2

3  NICOLL BLACK & FEIG PLLC

4  */s/ Curt H. Feig*_____
   */s/ Matthew C. Erickson*_____
5  Curt H. Feig, WSBA #19890
   Matthew C. Erickson, WSBA #43790
6  1325 Fourth Avenue, Suite 1650
   Seattle, WA 98101
7  206 838 7555
   cfeig@nicollblack.com
8  merickson@nicollblack.com
   *Withdrawing Attorneys for Defendant*
9  *Kinsale Insurance Company*

10 HARPER | HAYES PLLC

11 */s/ Todd C. Hayes*_____
   Todd C. Hayes, WSBA # 26361
12 600 University Street, Suite 2420
   Seattle, WA 98101
13 206.340.8010
   todd@harperhayes.com
14 *Attorney for Plaintiffs*

15 LETHER LAW GROUP

16 */s/ Thomas Lether*_____
   */s/ Eric Neal*_____
17 Thomas Lether, WSBA #18089
   Eric J. Neal, WSBA #31863
18 1848 Westlake Ave N Suite 100
   Seattle, WA 98109
19 Tel. (206) 467-5444
   tlether@letherlaw.com
20 eneal@letherlaw.com
   *Substituting Attorneys for Defendant*
   *Kinsale Insurance Company*
21

22

23

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II.     ORDER

After considering the Stipulated Motion for Withdrawal and Substitution of Counsel, the Court GRANTS the motion for withdrawal of attorneys Curt H. Feig and Matthew C. Erickson and Nicoll Black & Feig PLLC and the substitution of attorneys Thomas Lether and Eric Neal and Lether Law Group.

It is so Ordered.

SIGNED on March 17, 2021.

*[signature: M S Lasnik]*

The Honorable Robert S. Lasnik
U.S. District Court Judge

Submitted by:

NICOLL BLACK & FEIG PLLC
*/s/ Curt H. Feig_____*
*/s/ Matthew C. Erickson_____*
Curt H. Feig, WSBA #19890
Matthew C. Erickson, WSBA #43790
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
206 838 7555
cfeig@nicollblack.com
merickson@nicollblack.com
*Withdrawing Attorneys for Defendant Kinsale Insurance Company*

HARPER | HAYES PLLC

*/s/ Todd C. Hayes_____*
Todd C. Hayes, WSBA # 26361
600 University Street, Suite 2420
Seattle, WA 98101

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  206.340.8010
   todd@harperhayes.com
2  *Attorney for Plaintiffs*

3  LETHER LAW GROUP

4  */s/ Thomas Lether*_____
   */s/ Eric Neal*_____
5  Thomas Lether, WSBA #18089
   Eric J. Neal, WSBA #31863
6  1848 Westlake Ave N Suite 100
   Seattle, WA 98109
7  Tel. (206) 467-5444
   tlether@letherlaw.com
8  eneal@letherlaw.com
   *Substituting Attorneys for Defendant Kinsale Insurance Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL– 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544