1                                                                    The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | Case No. 2:20-cv-01719-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THIRD-PARTY DEFENDANT TRIBRACH CAPITAL, LLC TO ANSWER KINSALE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT** |
| KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>    Counterclaim and Third-Party Plaintiff,<br><br>    v.<br><br>BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company;<br><br>    Counterclaim Defendants, | |

STIPULATION AND ORDER EXTENDING
TRIBRACH'S TIME TO ANSWER KINSALE'S THIRD-
PARTY COMPLAINT - 1
(Case No. 2:20-cv-01719-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

| | |
|---|---|
| 1 | and |
| 2 | TRIBRACH CAPITAL, LLC, a Washington limited liability company; ODESSA CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; HENRY DAVID KENYON and MEREDITH WILKE KENYON, individuals and marital community; DANIEL LEVINE, an individual, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Third-Party Defendants. |

Pursuant to Western District of Washington Local Civil Rule 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

## STIPULATION

Third-Party Plaintiff Kinsale Insurance Company ("Kinsale") and Third-Party Defendant Tribrach Capital, LLC ("Tribrach") hereby stipulate and agree to extend the time for Tribrach to file its answer to Kinsale's Third-Party Complaint as follows: Tribrach's answer will be filed on or before June 17, 2021.

It is so stipulated this 3rd day of June, 2021.

| | |
|---|---|
| s/ Eric Neal (by email auth.) | s/ Tristan N. Swanson |
| Eric Neal, WSBA No. 31863 | Tristan N. Swanson, WSBA No. 41934 |
| Lether Law Group | s/ Carolyn A. Mount |
| 1848 Westlake Avenue N., Suite 100 | Carolyn A. Mount, WSBA No. 55527 |
| Seattle, WA 98109 | Miller Nash LLP |
| Telephone: (206) 467-5444 | Pier 70, 2801 Alaskan Way, Suite 300 |
| Fax: (206) 467-5544 | Seattle, WA 98121 |
| Email: eneal@letherlaw.com | Telephone: (206) 624-8300 |
| | Fax: (206) 340-9599 |
| | Email: tristan.swanson@millernash.com |
| | Email: carolyn.mount@millernash.com |
| Attorneys for Defendant/Counterclaim/Third-Party Plaintiff Kinsale Insurance Company | Attorneys for Third-Party Defendant Tribrach Capital, LLC |

STIPULATION AND ORDER EXTENDING TRIBRACH'S TIME TO ANSWER KINSALE'S THIRD-PARTY COMPLAINT - 2
(Case No. 2:20-cv-01719-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of June, 2021.

_____
The Honorable Robert J. Lasnik

STIPULATION AND ORDER EXTENDING
TRIBRACH'S TIME TO ANSWER KINSALE'S THIRD-
PARTY COMPLAINT - 3
(Case No. 2:20-cv-01719-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599