UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINSALE INSURANCE COMPANY, <br><br> Defendant. | Case No. C20-1719RSL <br><br> ORDER TO SHOW CAUSE REGARDING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

This matter comes before the Court on plaintiffs' counsel's "Motion for Leave to Withdraw as Counsel for Barcelo Homes, Inc. and Barcelo Madison Park, LLC" (Dkt. # 39). Defendant has not responded to plaintiffs' counsel's motion.

Plaintiffs' counsel, Harper│Hayes PLLC, has thus fair failed to comply with Local Civil Rule 83.2(b) regarding "Withdrawal of Attorneys." See generally LCR 83.2(b). Where a withdrawal would leave a party unrepresented, as would occur in the instant matter, the motion to withdraw must include the party's address and telephone number. LCR 83.2(b)(1). Plaintiffs' counsel has not satisfied this requirement. See Dkts. # 39, # 40. Additionally, plaintiffs Barcelo Homes, Inc. and Barcelo Madison Park, LLC are business entities, which means that counsel must:

> certify to the court that he or she has advised [each] business entity that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date of the

withdrawal is effective may result in the dismissal of the business entity's claims . . .

LCR 83.2(b)(4). Plaintiffs' counsel has not made this certification to the Court. See Dkts. # 39, # 40.

Accordingly, plaintiffs' counsel is hereby ORDERED to show cause, within ten (10) days of the date of this Order, why the motion for leave to withdraw (Dkt. # 39) should not be denied for failure to comply with the Local Civil Rules.

DATED this 23rd day of September, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE REGARDING MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL - 2