THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>      Defendant.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>      Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>BARCELO HOMES, INC., a Washington corporation; BARCELO MADISON PARK, LLC, a Washington limited liability company,<br><br>      Counterclaim Defendant, | No. 2:20-cv-01719-RSL<br><br>STIPULATED MOTION:<br><br>(1) TO DISMISS CERTAIN PARTIES;<br><br>(2) TO REALIGN REMAINING PARTIES;<br><br>(3) TO SUBSTITUTE COUNSEL; AND<br><br>(4) TO STAY LITIGATION<br><br>**NOTE ON MOTION CALENDAR:**<br>12/23/2021 |

STIPULATED MOTION - 1

**CASE NO.** 2:20-cv-01719-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

and

TRIBRACH CAPITAL, LLC, a Washington limited liability company; ODESSA CONDOMINIUM OWNERS ASSOCIATION, a Washington corporation; HENRY DAVID KENYON and MEREDITH WILKE KENYON, individuals and marital community; DANIEL LEVINE, an individual.

Third-Party Defendants.

## I.   INTRODUCTION

This insurance coverage dispute arose out of two underlying lawsuits: *Odessa Condominium Owners Association, et al. v. Barcelo Madison Park, LLC*, *et al.*, King County Superior Court Case Number 19-2-14747-4; and *Tribrach Capital v. Barcelo Homes, Inc. et al.*, King County Superior Court Case Number 19-2-19843-5.

The underlying *Odessa* matter has fully settled and there no longer remains any actual and justiciable controversy in this matter regarding the *Odessa* parties.  As such, Odessa Condominium Owners Association, Henry David Kenyon, Meredith Wilke Kenyon, Daniel Levine, and Barcelo Madison Park, LLC may be dismissed from this matter.

The underlying *Tribrach* case was resolved by (among other things) Barcelo Homes, Inc. (BHI) assigning its rights against Kinsale to the claimant in that case, Tribrach Capital, LLC, who is represented by Tristan Swanson.  Because Mr. Swanson's client now possesses the remaining BHI claims asserted in this lawsuit, the parties seek to have Mr. Swanson substituted in as counsel for BHI. The remaining parties agree that within 30 days after entry of the Court's Order, they will present a stipulated motion and proposed order granting

STIPULATED MOTION - 2

**CASE NO.** 2:20-cv-01719-RSL

1  Tribrach leave to file an Amended Complaint pursuant to LCR 15, and providing Kinsale
2  with 30 days to file an Answer thereto.

3  In addition, because the *Tribrach* case was resolved through a consent judgment
4  settlement, the amount of that settlement will be subject to a RCW 4.22.060 Reasonableness
5  Hearing before the King County Superior Court.  The remaining parties to this action hereby
6  jointly move for an Order Staying this case so that the parties may direct their efforts to the
7  Reasonableness Hearing, with the exception of the stipulation and proposed order regarding
8  amended pleadings, which the remaining parties will present within 30 days after entry of
9  the Court's Order.

## II.     STIPULATION

Based on the foregoing, and in accordance with LCR 15 and LCR 83.2(b)(1), the parties hereby Stipulate and Agree to the following:

1.     That Odessa Condominium Owners Association, Henry David Kenyon, Meredith Wilke Kenyon, Daniel Levine, and Barcelo Madison Park, LLC should be dismissed from this matter with prejudice and without recovery by or against them.

2.     That the parties should be realigned to reflect the current matters remaining in dispute.  Specifically, Tribrach Capital, LLC should be realigned as the Plaintiff in this matter as the assignee of Barcelo Homes, Inc.

3.     That Tristan Swanson of Miller Nash LLP should be substituted as counsel for Barcelo Homes, Inc. and that Todd C. Hayes and Harper│Hayes PLLC shall be granted leave to withdraw as counsel for Barcelo Homes, Inc.

4.     That within 30 days after entry of the Court's Order, the remaining parties shall present a stipulated motion and proposed order granting Tribrach leave to file an

STIPULATED MOTION - 3

**CASE NO.** 2:20-cv-01719-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Amended Complaint pursuant to LCR 15, and providing Kinsale with 30 days to file an Answer thereto.

5.   That this matter should be otherwise stayed pending resolution of the Reasonableness Hearing in the *Tribrach* matter. The remaining parties propose that the Court order them to present a joint status report within twenty (20) days of completion of the Reasonableness Hearing.

It is so stipulated.

DATED this 23rd day of December 2021.

| HARPER | HAYES PLLC | MILLER NASH LLP |
|---|---|

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    600 University Street, Suite 2420
    Seattle, WA 98101
    206.340.8010
    todd@harperhayes.com
    Withdrawing Attorneys for Plaintiffs Barcelo Homes, Inc. and Barcelo Madison Park, LLC

By: *s/ Tristan Swanson*
    Tristan Swanson, WSBA No. 41934
    Carolyn Mount, WSBA No. 55527
    Pier 70 2801 Alaskan Way, Suite 300
    Seattle, WA 98121
    206.624.8300
    tristan.swanson@millernash.com
    carolyn.mount@millernash.com
    Substituting Attorneys for Plaintiff Barcelo Homes, Inc. and attorneys for Third-party Defendant Tribrach Capital, LLC

LETHER LAW GROUP

By: *s/ Eric J. Neal*
    Thomas Lether, WSBA No. 18089
    Eric Neal, WSBA No. 31863
    1848 Westlake Avenue N. Ste. 100
    Seattle, WA 98109
    206.467-5444
    tlether@letherlaw.com
    eneal@letherlaw.com
    Attorneys for Defendant and Third-Party Plaintiff Kinsale Insurance Company

RAFEL LAW GROUP PLLC

By: *s/ Anthony L. Rafel*
    Anthony L. Rafel, WSBA No. 13194
    4126 E. Madison St. Ste. 202
    Seattle, WA 98112
    206.838.2660
    arafel@rafellawgroup.com
    Attorneys for Third-Party Defendants Odessa Condominium Owners Association, Henry David and Meredith Wilke Kenyon, and Daniel Levine

STIPULATED MOTION - 4

**CASE NO.** 2:20-cv-01719-RSL

### III.   ORDER

The Court has reviewed the above stipulation AND HEREBY ORDERS:

1. That Odessa Condominium Owners Association, Henry David Kenyon, Meredith Wilke Kenyon, Daniel Levine, and Barcelo Madison Park, LLC are hereby DISMISSED from this matter with prejudice and without recovery by or against them.

2. That the parties are hereby realigned to reflect the current matters remaining in dispute. The Plaintiff in this matter shall be Tribrach Capital, LLC, as the assignee of Barcelo Homes, Inc., and the Defendant/Counterclaimant shall be Kinsale Insurance Company.

3. That within 30 days after entry of the Court's Order, the remaining parties shall present a stipulated motion and proposed order granting Tribrach leave to file an Amended Complaint no later than thirty (30) days after entry of this Order. Kinsale Insurance Company shall file an Answer to Tribrach's Amended Complaint within thirty (30) days of Tribrach's filing.

4. That Tristan Swanson of Miller Nash LLP is substituted as counsel for Barcelo Homes, Inc., and that Todd C. Hayes and Harper│Hayes PLLC are hereby granted leave to withdraw as counsel for Barcelo Homes, Inc.

5. That this matter is hereby STAYED pending resolution of the Reasonableness Hearing in the *Tribrach* matter, except as provided in Paragraph 3 of this Order. The remaining parties shall file a joint status report within twenty (20) days of completion of the Reasonableness Hearing.

//

//

STIPULATED MOTION - 5

**CASE NO.** 2:20-cv-01719-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1     DATED this 27th day of December, 2021.

*[signature: Mrt S Lasnik]*

    ROBERT S. LASNIK
    UNITED STATES DISTRICT JUDGE

Presented by:

| HARPER | HAYES PLLC | MILLER NASH LLP |
|---|---|

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    Withdrawing attorneys for Barcelo
    Homes, Inc. and Barcelo Madison
    Park, LLC

By: *s/ Tristan Swanson*
    Tristan Swanson, WSBA No. 41934
    Substituting Attorneys for Plaintiff
    Barcelo Homes, Inc. and attorneys for
    Third-party Defendant Tribrach
    Capital, LLC

LETHER LAW GROUP

RAFEL LAW GROUP PLLC

By: *s/ Eric J. Neal*
    Thomas Lether, WSBA No. 18089
    Eric Neal, WSBA No. 31863
    Attorneys for Defendant and Third-
    Party Plaintiff Kinsale Insurance
    Company

By: *s/ Anthony L. Rafel*
    Anthony L. Rafel, WSBA No. 13194
    Attorneys for Third-Party Defendants
    Odessa Condominium Owners
    Association, Henry David and Meredith
    Wilke Kenyon, and Daniel Levine

STIPULATED MOTION - 6

CASE NO. 2:20-cv-01719-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   **CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies under the penalty of perjury under the laws of the

3   United States of America that on this date I caused to be served in the manner noted below a

4   true and correct copy of the foregoing on the following party(ies):

5   Todd C. Hayes
    Harper | Hayes LLC
6   One Union Square
    600 University Street, Suite 2420
7   Seattle, WA 98101
    todd@harperhayes.com
8
    Tristan N. Swanson
9   Carolyn A. Mount
    Miller Nash LLP
10  Pier 70
    2801 Alaskan Way, Suite 300
11  Seattle, WA 98121
    tristan.swanson@millernash.com
12  carolyn.mount@millernash.com

13  Anthony Rafel
    Rafel Law Group PLLC
14  4126 E. Madison St., Ste. 202
    Seattle, Washington 98112
15  arafel@rafellawgroup.com

16  **By:**      **[X] ECF**       **[ ] First Class Mail**

17  Dated this 23rd day of December, 2021 at Seattle, Washington.

18                                              *s/ Judy Tustison*
                                                Judy Tustison, Paralegal
19

20

21

22

23

STIPULATED MOTION - 7

**CASE NO.** 2:20-cv-01719-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544