1                                          The Honorable Robert S. Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BARCELO HOMES, INC., a Washington corporation;<br><br>                Plaintiff,<br><br>   v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>                Defendant. | Case No. 2:20-cv-01719-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES SET BY THE COURT'S DECEMBER 27, 2021 ORDER.** |
| KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>                Counterclaim and Third-Party Plaintiff,<br><br>   v.<br><br>BARCELO HOMES, INC., a Washington corporation; Counterclaim Defendant,<br><br>                and<br><br>TRIBRACH CAPITAL, LLC, a Washington limited liability company;<br><br>                Third-Party Defendant. | |

STIPULATED MOTION AND ORDER EXTENDING DEADLINES SET BY THE COURT'S DECEMBER 27,2022 ORDER - 1
(Case No. 2:20-cv-01719-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

Pursuant to Western District of Washington Local Civil Rule LCR 7(d)(1) and 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

### STIPULATED MOTION

On December 27, 2021, the Court entered an order (the "Order") allowing the parties to: (1) to Dismiss Certain Parties; (2) to Realign Remaining Parties; (3) to Substitute Counsel; and (4) to Stay Litigation (Dkt. No. 45). The Order also provides that within 30 days of Order being entered that the parties shall present "a stipulated motion and proposed order granting Tribrach leave to file an Amended Complaint pursuant to LCR 15, and providing Kinsale with 30 days to file an Answer thereto." Dkt. # 45.

Tribrach Capital, LLC and Kinsale Insurance Company request a three-week extension to allow them to stipulate and propose an order allowing Tribrach to file its Amended Complaint pursuant to LCR 15. The new dates would be as follows:

- Presentation of stipulated motion and proposed order granting Tribrach leave to file an amended complaint pursuant to LCR 15: **February 17, 2022.**
- Answer by Kinsale: **March 17, 2022**

Good cause exists to grant the parties stipulated motion. The parties' are continuing to work in good faith toward an amicable and agreed stipulation and order which will avoid the necessity of the Court's intervention. Accordingly, this short time extension is likely to conserve Court's and the parties' resources.

//

//

//

//

//

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES SET BY THE COURT'S
DECEMBER 27,2022 ORDER - 2
(Case No. 2:20-cv-01719-RSL)

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

It is so stipulated this 27th day of January, 2022.

| | |
|---|---|
| *s/ Eric Neal (by email auth.)* | *s/ Tristan N. Swanson* |
| Eric Neal, WSBA No. 31863 | Tristan N. Swanson, WSBA No. 41934 |
| Lether Law Group | *s/ Carolyn A. Mount* |
| 1848 Westlake Avenue N., Suite 100 | Carolyn A. Mount, WSBA No. 55527 |
| Seattle, WA 98109 | Miller Nash LLP |
| Telephone: (206) 467-5444 | Pier 70, 2801 Alaskan Way, Suite 300 |
| Fax: (206) 467-5544 | Seattle, WA 98121 |
| Email: eneal@letherlaw.com | Telephone: (206) 624-8300 |
| | Fax: (206) 340-9599 |
| | Email: tristan.swanson@millernash.com |
| | Email: carolyn.mount@millernash.com |
| Attorneys for Defendant/Counterclaim/Third-Party Plaintiff Kinsale Insurance Company | Attorneys for Third-Party Defendant Tribrach Capital, LLC |

## ORDER

The parties' shall present a stipulated motion and proposed order granting Tribrach leave to file an Amended Complaint pursuant to LCR 15 by February 17, 2022. Kinsale shall have until March 17, 2022 to provide its Answer.

IT IS SO ORDERED.

DATED this 31st day of January, 2022.

*/s/ Robert S. Lasnik*
The Honorable Robert J. Lasnik

STIPULATED MOTION AND ORDER EXTENDING DEADLINES SET BY THE COURT'S DECEMBER 27,2022 ORDER - 3
(Case No. 2:20-cv-01719-RSL)

Miller Nash LLP
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599