The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIBRACH CAPITAL, LLC, a Washington limited liability company, as assignee of BARCELO HOMES, INC., a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:20-cv-01719-RSL<br><br>**STIPULATED MOTION AND ORDER GRANTING TRIBRACH CAPITAL, LLC LEAVE TO FILE AMENDED COMPLAINT** |

## STIPULATED MOTION

Tribrach Capital, LLC ("Tribrach") and Kinsale Insurance Company hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), Western District of Washington Local Civil Rule 15, and the Court's Order dated December 27, 2021 (Dkt. No. 45), that Tribrach may file an amended complaint as assignee of Barcelo Homes, Inc. ("Amended Complaint"). A redline version of the proposed Amended Complaint is hereto as Exhibit A.

//

//

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT - 1 (Case No. 2:20-cv-01719-RSL)

4864-6681-8831.4

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

1  DATED this 22nd day of February, 2022.

2  *s/Eric S. Neal*                                          *s/ Tristan N. Swanson*

3  Thomas Lether, WSBA No. 18089                Tristan N. Swanson, WSBA No. 41934
   Eric Neal, WSBA No. 31863                    Carolyn A. Mount, WSBA No. 55527
   Lether Law Group                             Miller Nash LLP
4  1848 Westlake Avenue N., Suite 100           Pier 70, 2801 Alaskan Way, Suite 300
   Seattle, WA 98109                            Seattle, WA 98121
5  Telephone: (206) 467-5444                    Telephone: (206) 624-8300
   Fax: (206) 467-5544                          Fax: (206) 340-9599
6  tlether@letherlaw.com                        tristan.swanson@millernash.com
   eneal@letherlaw.com                          carolyn.mount@millernash.com
7

8  Attorneys for Defendant                      Attorneys for Plaintiff Tribrach Capital, LLC,
   Kinsale Insurance Company                    as assignee of Barcelo Homes, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR LEAVE
TO FILE AMENDED COMPLAINT - 2 (Case No.
2:20-cv-01719-RSL)

4864-6681-8831.4

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

**ORDER**

THIS MATTER came before the Court on Tribrach Capital, LLC and Kinsale Insurance Company's Stipulated Motion Granting Tribrach Capital, LLC Leave to File Amended Complaint as assignee of Barcelo Homes, Inc. ("Motion").

Having considered the Motion and Tribrach Capital, LLC's proposed amended complaint, the Court hereby GRANTS Tribrach leave to file its proposed amended complaint.

IT IS SO ORDERED.

DATED this 23rd day of February, 2022.

_____
The Honorable Robert J. Lasnik

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT - 1 (Case No. 2:20-cv-01719-RSL)

4864-6681-8831.4

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599