The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIBRACH CAPITAL, LLC, a Washington limited liability company, as assignee of BARCELO HOMES, INC., a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:20-cv-01719-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KINSALE INSURACE COMPANY TO ANSWER TRIBRACH CAPITAL LLC'S AMENDED COMPLAINT** |

Pursuant to Western District of Washington Local Civil Rule 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

### I.     STIPULATION

Defendant Kinsale Insurance Company ("Kinsale") and Plaintiff Tribrach Capital, LLC ("Tribrach") hereby stipulate and agree to extend the time for Kinsale to file its answer to Tribrach's Amended Complaint as follows: Kinsale's Answer will be filed on or before April 6,

2022.  Good cause exists to extend these deadlines because the case is currently stayed and Kinsale received Tribrach's Amended Complaint on February 28, 2022.

It is so stipulated this 18th day of March, 2022.

| | |
|---|---|
| *s/Thomas Lether* | *s/ Tristan N. Swanson* |
| Thomas Lether, WSBA No. 18089 | Tristan N. Swanson, WSBA No. 41934 |
| *s/Eric Neal* | *s/ Carolyn A. Mount* |
| Eric Neal, WSBA No. 31863 | Carolyn A. Mount, WSBA No. 55527 |
| Lether Law Group | Miller Nash LLP |
| 1848 Westlake Avenue N., Suite 100 | Pier 70, 2801 Alaskan Way, Suite 300 |
| Seattle, WA 98109 | Seattle, WA 98121 |
| Telephone:  (206) 467-5444 | Telephone:  (206) 624-8300 |
| Fax:  (206) 467-5544 | Fax:  (206) 340-9599 |
| Email:  tlether@letherlaw.com | Email:  tristan.swanson@millernash.com |
| Email:  eneal@letherlaw.com | Email:  carolyn.mount@millernash.com |
| | |
| Attorneys for Defendant/Counterclaim/Third-Party Plaintiff Kinsale Insurance Company | Attorneys for Third-Party Defendant Tribrach Capital, LLC |

## II.   ORDER

IT IS SO ORDERED.

DATED this 21st day of March, 2022.

_____
The Honorable Robert S. Lasnik