The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIBRACH CAPITAL, LLC, a Washington limited liability company, as assignee of BARCELO HOMES, INC., a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:20-cv-01719-RSL<br><br>**STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND ORDER OF DISMISSAL** |

**STIPULATED DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tribrach Capital, LLC and Defendant Kinsale Insurance Company hereby stipulate through their respective counsel that all claims in this action are dismissed with prejudice and without an award of costs or fees to either party.

//

//

//

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL - 1
(Case No. 2:20-cv-01719-RSL)

4871-3310-0834.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1   DATED this _____ day of June, 2022.

2   *s/*  
    Thomas Lether, WSBA No. 18089
3   Eric Neal, WSBA No. 31863
    Lether Law Group
4   1848 Westlake Avenue N., Suite 100
    Seattle, WA 98109
5   Telephone: (206) 467-5444
    Fax: (206) 467-5544
6   tlether@letherlaw.com
    eneal@letherlaw.com
7

8   Attorneys for Defendant Kinsale Insurance Company

*s/ Tristan N. Swanson*  
Tristan N. Swanson, WSBA No. 41934  
Carolyn A. Mount, WSBA No. 55527  
Miller Nash LLP  
Pier 70, 2801 Alaskan Way, Suite 300  
Seattle, WA 98121  
Telephone: (206) 624-8300  
Fax: (206) 340-9599  
tristan.swanson@millernash.com  
carolyn.mount@millernash.com  

Attorneys for Plaintiff Tribrach Capital, LLC, as assignee of Barcelo Homes, Inc.

---

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL - 2
(Case No. 2:20-cv-01719-RSL)

4871-3310-0834.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA 98121-1128
206.624.8300 | Fax: 206.340.9599

**ORDER OF DISMISSAL**

THIS MATTER came before the Court on Tribrach Capital, LLC and Kinsale Insurance Company's stipulated motion to dismiss all claims with prejudice and without costs or fees. The Court, fully advised in this matter, now therefore ORDERS as follows:

All claims asserted in this action are hereby DISMISSED with prejudice and without award of costs or fees to either party.

DATED this 2nd day of June, 2022.

_____
The Honorable Robert J. Lasnik

PRESENTED BY:

MILLER NASH LLP

*s/ Tristan N. Swanson*
Tristan N. Swanson, WSBA No. 41934
Carolyn A. Mount, WSBA No. 55527
Attorneys for Tribrach Capital, LLC

APPROVED AS TO FORM AND CONTENT BY:

LETHER LAW GROUP

*s/*
Thomas Lether, WSBA No. 18089
Eric Neal, WSBA No. 31863
Attorneys for Kinsale Insurance Company

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL - 3
(Case No. 2:20-cv-01719-RSL)

4871-3310-0834.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599